**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOAH COOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.:   2:26-cv-00744-DJC-DMC (SS)<br><br><br>**ORDER** |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings and a new decision pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is DIRECTED to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  June 8, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE